UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Chao Yi Wang, *et al.*,

                          Plaintiffs,

-v-

Chad Wolf, Acting secretary, U.S. Department of Homeland Security, *et al.*,

                          Defendants.

20 Civ. 10887 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 23, 2020, plaintiffs filed the complaint in this case. Dkt. 1. The defendants were served on January 6, 2021, and their answers were due on March 8, 2021. Dkts. 5-7. The defendants are directed to file their answer by March 15, 2021.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2021
        New York, New York